Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
15 Maiden Lane, Suite 2000
New York, New York 10038
(212) 964-5100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X CASE NO.:
GEORGE BESHARA,

        PLAINTIFF,                                             PLAINTIFF'S COMPLAINT

        -against-

THE CITY OF NEW YORK; POLICE OFFICER AIDA     (Plaintiff Demands a Trial by
DEJESUS, "JOHN DOE" AND "RICHARD ROE"          (Jury of all issues herein)

        DEFENDANTS.
------------------------------------------------------------------------X

The plaintiff, by and through his attorney Gary S. Fish, Esq., sets forth the following as his Complaint against defendants herein.

### I. PARTIES AND JURISDICTION

1. On or about March 14, 2016, and at all times relevant herein, the plaintiff, a US citizen, resided and resides at 450 95th Street, Brooklyn, New York.

2. On or about March 14, 2016, and at all times relevant herein, on information and belief, defendant The City of New York, was and is a municipal corporation lawfully organized and existing under the laws of the State of New York, and on said date and all times relevant herein, said defendant had and has a principal place of business located at 530 Municipal Building, NY, NY 10007.

-1-

3. On or about March 14, 2016, and at all times relevant herein, on information and belief defendant Police Officer Aida DeJesus was a police officer assigned to the 68th Precinct, Brooklyn, New York, and on said date and at all times relevant herein, each act of wrongdoing herein after alleged to have been committed by this defendant was committed within the scope of her agency and/or authority and/or employment on behalf of defendant The City of New York.

4. On or about March 14, 2016, and at all times relevant herein, defendants "John Doe" and "Richard Roe" whose true identities are presently unascertained, were and are police officers assigned to the 68th Precinct, Brooklyn, New York, and each act of wrongdoing herein after alleged to have been committed by said defendants was committed within the scope of their agency and/or authority and/or employment on behalf of the defendant The City of New York.

5. Pursuant to 28 U.S.C. Section 1343(a) (3), the Federal Court herein has original jurisdiction to redress the deprivation of civil rights under color of any law, statute, ordinance of any right, privilege, or immunity secured by the U.S. Constitution, providing for equal rights of citizens or of all persons within U.S. jurisdiction, and jurisdiction exists under the alleged below stated Fourth Amendment violation and/or Fourteenth Amendment violations herein.

6. Pursuant to 28 U.S.C. Section 1391(b) in a case where jurisdiction is not solely founded on diversity jurisdiction, such as the present case, venue is proper where the defendant resides or a judicial district where a substantial part of the events giving rise to the claim occurred, and venue is proper therefor in the United States District Court, Eastern District of New York.

## COUNT I
### (VIOLATION OF FOURTH AMENDMENT)

7. On or about March 14, 2016, at approximately 800PM, while the plaintiff was lawfully traversing on or near 82nd and 5th Avenue, Brooklyn, New York the defendants without probable cause and without a warrant, arrested him, for, inter alia, for attempted assault.

8. The unlawful search and unlawful seizure in violation of the Fourth Amendment to the U.S. Constitution, was wrongful, intentional, without justification and/or probable cause, and denied the plaintiff equal rights, protection and privileges under law, in one or more of the following ways, in that: (a) police documentation prepared by defendant DeJesus, The Complaint Room Screening Sheet, plaintiff Exhibit "1" shows that plaintiff was attacked by an autistic 7 year old boy (Maxim Shermata (sic)), who punched him in the stomach, and that plaintiff who was taken to Lutheran Hospital for chest pains, was the real victim, and not one Sagarashvilli (sic) who refused medical treatment; (b) the defendants selectively arrested plaintiff for alleged assault, whereas the assaulting individual, Sagarashvilli, was not so charged; ©) The Prisoner Movement slip generated by defendant DeJesus, plaintiff Exhibit "2", shows a diamond shaped laceration to the right side of plaintiff's face, whereas the EDP sheet, plaintiff Exhibit "3" generated by defendant DeJesus states that complaining victim sustained no visible injury and refused medical treatment on the scene and refused medical treatment at the 68th Precinct.; (d) The 3-15-16 Property Clerk Invoice, plaintiff Exhibit "4" generated by defendant DeJesus shows that an undamaged blue umbrella was then invoiced by defendant DeJesus, whereas the subject complaint, plaintiff Exhibit "5" signed by defendant DeJesus on April 4, 2016 approximately 21 days following the subject 3-14-16 incident expressly

states that the subject umbrella was destroyed, and that complaining victim Sagarashvilli (sic) sustained substantial injury on 3-14-16; (e) any damage occurring on or about 4-4-16 to the subject blue umbrella which was taken into police invoice on or about 3-15-16, plaintiff Exhibit "4" constituted destruction of evidence by defendant DeJesus, defendants "John Doe" and "Richard Roe" the 68th Precinct, Brooklyn, New York and defendant The City of New York in an attempt to create false evidence and/or charges against plaintiff; and (f) The 4-4-16 criminal complaint sworn to under oath by defendant DeJesus falsely, deliberately, maliciously, and perjuriously concocted four (4) personal injury related crimes and three (3) property damage crimes against plaintiff.

9. As a result of the subject Fourth Amendment violations, the plaintiff sustained loss of liberty.

10. As a result of defendants' violations of the Fourth Amendment, the plaintiff was caused to incur and will incur reasonable attorney fees and costs.

11. As a result of defendants' violations of the Fourth Amendment, plaintiff was caused to incur and will incur emotional pain and suffering, including anxiety, distress, humiliation and sadness.

12. As a result of defendants' violations of the Fourth Amendment, a criminal complaint Docket #2016KNO20608, was brought against plaintiff, which complaint was dismissed on or about November 18, 2016, Criminal Court of City of New York, County of Kings, 120 Schermerhorn Street, Brooklyn, NY 11201.

## COUNT II
### (DENIAL OF EQUAL PROTECTION AND DUE PROCESS IN VIOLATION OF FOURTEENTH AMENDMENT)

13. Plaintiff herewith repeats, restates and realleges Paragraphs 1-12 herein above.

14. The aforesaid deliberate and/ir unlawful and/or unconstitutional practices by defendants violated plaintiff's Fourteenth Amendment rights to equal protection and/or due process of law, and plaintiff thereby sustained the above injuries and damages.

## COUNT III
### (MALICIOUS PROSECUTION-ANCILLARY JURISDICTION)

15. Plaintiff herewith repeats, restates and realleges Paragraphs 1-14 herein above.

16. The subject state malicious prosecution claim arises out of the same factual particulars as pertains to the subject 3-14-16 Fourth Amendment and Fourteenth Amendment violations herein, and the Court has ancillary jurisdiction over the malicious prosecution claim.

17. The criminal prosecution of plaintiff was done intentionally, maliciously, without probable cause, was dismissed on or about 11-18-16 by the Court, because the People could not prove their case beyond a reasonable doubt and was thereby favorably terminated; Certificate of Disposition, plaintiff Exhibit "6". The CPL Section 160.50 unsealing authorization duly executed and notarized is hereby attached as plaintiff Exhibit "7".

18. The criminal prosecution of plaintiff was done egregiously, heinously, opprobriously, in a manner calculated to and that did damage plaintiff's liberty rights, and defendants are liable for punitive and exemplary damages as a result thereof.

19. On or about December 19, 2016, Claim #2016PI029781, plaintiff timely and properly served

by way of certified mail/return receipt an amended notice of claim herein.

20. On January 23, 2017, a 50-h hearing of plaintiff (then claimant) was held and completed at Law Office of Jeffrey Samel, 150 Broadway, NY, NY, and plaintiff has fulfilled any conditions precedent herein to filing the subject state claim sounding in malicious prosecution.

WHEREFORE, plaintiff prays for relief as follows:

AS AND FOR EACH OF THE FIRST, SECOND AND THIRD COUNTS:

1. For general damages in the amount of Twenty Five Million Dollars and Zero Cents ($25,000,000.00);

2. For punitive and exemplary damages in the amount of One Hundred Million Dollars and Zero Cents ($100,000,000.00);

3. For reasonable attorney fees and costs;

4. For disbursements; and

5. For any other just relief deemed proper by the Court.

DATED: NEW YORK, NEW YORK
JANUARY 31, 2017

Respectfully submitted,

*Gary A. Fish*

Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
15 Maiden Lane, Suite 2000
NY, NY 10038; (212) 964-5100



**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

KENNETH P. THOMPSON
*District Attorney*

## Complaint Room Screening Sheet

FOOP·
DNA sample offense

Screener: Jonathan Hagler
Screening date: April 04, 2016
180.80 Date:
GJ Date:        GJ Time:

Bureau: Trial Bureau 2 - Blue

Narcotics: [N]

### Defendants

| Name - Last, First | Arrest Number | Sex | DOB | Age | Complaint/DP | Class | |
|---|---|---|---|---|---|---|---|
| BESHARA, GEORGE | K16619770 | M | 05/08/46 | 069 | 1 | Misdemeanor | NON Grand Jury |
| Gang member: | | | | | | | |

### TPOs

| | Date/Time | Place | | PCT | Near School (if narcotics sale) |
|---|---|---|---|---|---|
| 1 | 03/14/16 19:30 to: | 5 AVENUE AND 82 STREET | | 068 | |

### Arrests

Defendant: BESHARA, GEORGE
Date/Time: 03/14/16 20:26
Place: 5 AVENUE 82 STREET
Circumstances:
Arrest Charges: PL 1200001 PL 1450001

### Complaint Charges

BESHARA, GEORGE   TPO 1   PL 165.40, PL 120.15, PL 145.00(1), PL 155.25, PL 240.26(1), PL 110/120.00(1), PL 260.10(1)

**DAT // DEF. TOOK CW-1'S (7 YEAR OLD CHILD) UMBRELLA AND PUSHED CW-2**

TPO IS A PUBLIC STREET.
CW-1 IS AN AUTISTIC CHILD (7 YEARS OLD).
EW IS CW-1'S MOTHER.
CW-2 IS EW'S FRIEND.
CW-1, CW-2, AND EW ARE STRANGERS TO DEF.

AT TPO, CW-1 STRUCK DEF. ABOUT THE STOMACH.
DEF. SHOUTED AT CW-1.
CW-2 AND DEF. HAD A VERBAL ARGUMENT.
MULTIPLE BYSTANDERS CALLED 911.
DEF. TOOK CW-1'S UMBRELLA FROM CW-1'S HAND.
DEF. BROKE SAID UMBRELLA ON DEF.'S LEG.
DEF. THEN PUSHED CW-2, CAUSING CW-2 TO FALL AND STRIKE CW-2'S HEAD ON THE SIDEWALK.
AO ARRIVED.

ANOTHER PD UNIT WAS ALREADY ON SCENE.
DEF. MADE NO STATEMENTS TO AO.
AO ARRESTED DEF.

DEF. COMPLAINED OF CHEST PAIN, TRANSPORTED TO LUTHERAN HOSPITAL (TREATED AND RELEASED).
CW COMPLAINED OF PAIN AND RMA.

CW-1'S DATE OF BIRTH ████████

### Witnesses

| Name | Age/Gender | Defendant | Relationship to Defendant |
|---|---|---|---|
| LORETTA ANSBRO-SAGHIR | | GEORGE BESHARA | Stranger |
| MAXIM SHEREMETA | | GEORGE BESHARA | Stranger |
| ORRYSLVA MUDRA | | GEORGE BESHARA | Stranger |

### Injuries

LORETTA ANSBRO-SAGHIRASHVILI
Description of Injuries: PAIN TO HEAD
Medical Treatment [ ]   Date: 00/00/00   Hospital:
Medical Treatment Description:

Photo taken [ ]

### Identifications

| Defendant | TPO | Witness Type | Date/Time | Place | Police Officer Present |
|---|---|---|---|---|---|
| BESHARA, GEORGE | 1 | Victim/Eyewitness | 3/14/16 20:10 | 5 AVENUE AND 82 ST | AIDA DEJESUS, shield:27135, CMD:068 |
| Type of ID Procedure: Point-Out | | | | Outcome: Positive Identification | |
| BESHARA, GEORGE | 1 | Victim/Eyewitness | 3/14/16 20:10 | 5 AVENUE AND 82 ST | AIDA DEJESUS, shield:27135, CMD:068 |
| Type of ID Procedure: Point-Out | | | | Outcome: Positive Identification | |

Arrest Number: K16619770
Printed 4/4/2016

Plaintiff Exhibit "1"

 

# PRISONER MOVEMENT SLIP

## Arresting Officer

A/O Name: DEJESUS
Arrest PCT: 68TH PRECINCT  Possible DAT?: ☐ YES ☐ NO

K16619770K
Date/Time: 03/14/2016 20:26:00

CELL #:  Fax #:

Defendant:
**BESHARA, GEORGE**
Sex: MALE  Race: WHITE  DOB: 05/08/1946  Age: 69

Major Charges:
PL 1200001: ASLT W/INT CAUSES PHYS INJURY
PL 1450001: CRIM MIS:INTENT DAMAGE PROPRTY

Co-Defendants: ☐ YES ☐ NO
Preferred Name:

## Criminal Justice Agency

Warrant name check by (intl):  Warrant: ☐ YES ☐ NO  Warr/Dckt #:
CJA Interview Required?: ☐ YES ☐ NO  CJA Interview Time:

## Booking Supervisor

DAT Issued?: ☐ YES ☐ NO  DAT Serial #:
Arresting Officer excused?: ☐ YES ☐ NO  Return Date:

Prints Needed: ☐ YES ☐ NO  Printed?: ☐ YES ☐ NO ☐ REFUSED

Searched:

## Detention Alert

Prisoner has attempted escape: ☐ YES ☐ NO
Prisoner has attempted suicide?: ☐ YES ☐ NO
Prisoner has assaulted member of the service?: ☐ YES ☐ NO
Others (EXPLAIN):

NYPDDCC068  10.209.59.213  NYPDDCC068  Printed 03/15/16 00:14

Plaintiff Exhibit "4"



At TPO Aided was pushed and hit head on concrete. No visible Injury; But Aided Complained of Pain. RMA on scene and RMA at the 100pct Station house.

Plaintiff
Exhibit "34"

### NYPD PETS — Property and Evidence Tracking System
### Property Clerk Invoice
PD 521-141 (Rev. 11/09)

Invoice No. **3000638576**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| 68TH PCT. | | | | | OPEN |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| 03/15/2016 | GENERAL PROPERTY | | | | ARREST EVIDENCE |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | POF | DEJESUS, AIDA |  | 68TH PRECINCT | OCME EU No. |
| Arresting | POF | DEJESUS, AIDA | | 68TH PRECINCT | OCME FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | UMBRELLA<br>COLOR: BLUE | 1300348518 | 1 | |

**REMARKS:**
948217 03/15/2016 02:43 : VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 03/14/2016 | 120.00/ASSAULT | MISDEMEANOR | N/A | REFUSED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1 BESHARA, GEORGE | 05/08/1946 | 69 | 450 95 STREET, CS, BROOKLYN, NY | K16519770 | 03828942P |

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | ANSBRO-SAGHIRASHVILI, LORETTA | | 1850 80 STREET, 2, BROOKLYN, NY- 11214 | 347-587-1599 |
| Complainant(s) | ANSBRO-SAGHIRASHVILI, LORETTA | | 1850 80 STREET, 2, BROOKLYN, NY- 11214 | 347-587-1599 |

| Complaint No. | 2016-068-01345 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POF | DEJESUS, AIDA |  | 68TH PRECINCT | 03/15/2016 | 02:41 |
| Invoicing Officer | POF | DEJESUS, AIDA | | 68TH PRECINCT | 03/15/2016 | 02:46 |
| Approved By | SGT | ROSA, ANGEL | | 68TH PRECINCT | 03/15/2016 | 02:46 |



Invoice No. 3000638576

ADA Copy
printed: 03/15/2016 02:46

PCD Storage No. —

Page No. 1 of 2

*Plantiff Exhibit "4"*

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

GEORGE BESHARA

POLICE OFFICER AIDA DEJESUS, SHIELD NO.27135, OF 068 COMMAND, SAYS THAT ON OR ABOUT MARCH 14, 2016 AT APPROXIMATELY 07:30 PM AT 5 AVENUE AND 82 STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 145.00(1) | CRIMINAL MISCHIEF IN THE FOURTH DEGREE |
| PL 155.25 | PETIT LARCENY (DQO) |
| PL 165.40 | CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE |
| PL 260.10(1) | ENDANGERING THE WELFARE OF A CHILD (DQO) |
| PL 110/120.00(1) | ATTEMPTED ASSAULT IN THE THIRD DEGREE (DQO) |
| PL 120.15 | MENACING IN THE THIRD DEGREE (DQO) |
| PL 240.26(1) | HARASSMENT IN THE SECOND DEGREE |

IN THAT THE DEFENDANT DID:

WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, ATTEMPT TO CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON; BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY; HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON; STEAL PROPERTY; KNOWINGLY POSSESS STOLEN PROPERTY WITH THE INTENT TO BENEFIT THE DEFENDANT OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME; KNOWINGLY ACT IN A MANNER LIKELY TO BE INJURIOUS TO THE PHYSICAL, MENTAL OR MORAL WELFARE OF A CHILD LESS THAN SEVENTEEN YEARS OLD OR DIRECT OR AUTHORIZE SUCH CHILD TO ENGAGE IN AN OCCUPATION INVOLVING A SUBSTANTIAL RISK OF DANGER TO HIS OR HER LIFE OR HEALTH.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY LORETTA ANSBRO-SAGHIRASHVILI THAT, AT THE ABOVE TIME AND PLACE, THE INFORMANT OBSERVED DEFENDANT TAKE THE UMBRELLA OF MAXIM SHEREMETA, BREAK SAID UMBRELLA OVER DEFENDANT'S LEG, AND PUSHED INFORMANT CAUSING INFORMANT TO STRIKE INFORMANT'S HEAD ON THE GROUND.

DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED ACTIONS CAUSED INFORMANT TO SUFFER SUBSTANTIAL PAIN, TO FEAR FURTHER PHYSICAL INJURY, AND TO BECOME ALARMED AND ANNOYED.

DEPONENT IS INFORMED BY ORRYSLVA MUDRA THAT INFORMANT IS THE MOTHER OF MAXIM SHEREMETA, AND THAT MAXIM SHEREMETA'S DATE OF BIRTH IS 01/24/2009.

THE DEPONENT IS FURTHER INFORMED BY INFORMANT ORRYSLVA MUDRA THAT INFORMANT IS THE CUSTODIAN OF THE ABOVE-DESCRIBED UMBRELLA AND DEFENDANT HAD NEITHER PERMISSION NOR AUTHORITY TO DAMAGE THAT PROPERTY, AND THAT THE DEFENDANT HAD NEITHER PERMISSION NOR AUTHORITY TO TAKE, USE, OR OTHERWISE EXERCISE DOMINION OR CONTROL OVER SAID UMBRELLA.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

DATE  SIGNATURE

Printed 04/04/2016 10:13    K16619770    Arrested: 03/14/2016 20:26

Plaintiff Exhibit "5"

*# 2016PE029981*

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                              CERTIFICATE OF DISPOSITION
                                                  NUMBER:   58477
THE PEOPLE OF THE STATE OF NEW YORK
                    VS

BESHARA, GEORGE                                   05/08/1946
Defendant                                         Date of Birth

450 95TH STREET                                   3828942P
Address                                           NYSID Number

BROOKLYN            NY                            03/14/2016
City             State    Zip                     Date of Arrest/Issue

Docket Number: 2016KN020608              Summons No:

145.00 155.25 165.40 260.10 110-120.00 120.15 240.26
Arraignment Charges


Case Disposition Information:

    Date           Court Action                Judge             Part
 11/18/2016   DISMISSED - MOTION OF DA      GERSTEIN, M         TRIAL1
```

**SEALED** pursuant to Section 160.50 of the CPL

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.
KUSHNIR,
COURT OFFICIAL SIGNATURE AND SEAL          01/25/2017
                                             DATE        FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

Plaintiff Exhibit "6"

**CONSENT AND AUTHORIZATION FOR RELEASE OF RECORDS SEALED BY LAW, INCLUDING RECORDS SEALED PURSUANT TO CRIMINAL PROCEDURE LAW § 160.50**

Whereas, I, _George Beshara_ residing at _141 Livingston St, Brooklyn, NY 11201_, date of birth, _5/08/46_, Social Security number _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_, NYSID # _____, having caused a Notice of Claim to be served upon The City of New York, demanding money damages for false arrest, false imprisonment, malicious prosecution, assault and battery, and/or other allegations, I hereby waive my statutory rights, for purposes of this claim, to keep sealed the records of my arrest on or about _3-14-16_, including all records maintained by law enforcement agencies, criminal courts, and/or district attorney's office. If my case proceeded in the criminal courts, the docket # was _# 2016KN020608, and the case was dismissed on November 18, 2016, Brooklyn Criminal Court, City of New York, 120 Schermerhorn St, Brooklyn, NY 11201_.

Whereas, it is necessary for The City of New York, to have access to the aforementioned records of my arrest and any related criminal proceedings and incarceration in order to evaluate and review my claim, and prepare its defense thereto, I hereby authorize any and all governmental agencies, bodies and employees having custody of such records to release such records to the Office of the Comptroller or the Office of the Corporation Counsel of the City of New York, or its authorized agent or employee. I specifically authorize the New York City Police Department; _Kings_ County District Attorney's Office; New York State Supreme Court, _Kings_ County, Criminal Term; and New York City Criminal Court to disclose any and all records in their possession relating to the aforementioned arrest and docket number to the Office of the Corporation Counsel of the City of New York, or its authorized agent or employee.

_____
PLAINTIFF/CLAIMANT
George Beshara

Sworn to before me this _14th_ day of _December_ 20_16_

_____
NOTARY PUBLIC

DARLENE M BRISTOL
Notary Public, State of New York
No. 052BR6255200
Qualified in Nassau County
Commission Expires January 30, 2020

Plaintiff Exhibit "7"